IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER WAYNE WEBB, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. CIV-11-1477-M ) |
| OKLAHOMA DEPARTMENT OF CORRECTIONS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

On January 13, 2012, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended that plaintiff's complaint be dismissed upon filing as it seeks relief against a defendant who is immune from suit. The Magistrate Judge further recommended that the dismissal be with leave to amend, and that any such amendment must be filed within 15 days from the date of any order adopting his Report and Recommendation. The parties were advised of their right to object to the Report and Recommendation by February 2, 2012 and no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on January 13, 2012, and

(2) DISMISSES this action with leave to amend within fifteen (15) days of this Order.

**IT IS SO ORDERED this 16th day of February, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE