## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER WAYNE WEBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-11-1477-M |
| | ) |
| OKLAHOMA DOC DIRECTOR, | ) |
| JUSTIN JONES, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On August 22, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. §§ 1983 alleging violations of plaintiff's federal constitutional rights. The Magistrate Judge recommended that defendants' Motion to Dismiss be granted as to plaintiff's official-capacity claims for damages and defendants' Motion for Summary Judgment, be granted as to plaintiff's personal capacity claims and request for an injunction on the grounds that plaintiff has failed to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a). The parties were advised of their right to object to the Report and Recommendation by September 10, 2012. Plaintiff's objection was filed on September 6, 2012.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation issued by the Magistrate Judge on August 22, 2012;

(2) GRANTS defendants' Motion to Dismiss/Motion for Summary Judgment Motion and Brief in Support [docket no. 29]; and

(3) ORDERS that judgment issue forthwith in favor of defendants and against plaintiff.

**IT IS SO ORDERED this 21st day of September, 2012.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE